```
                  IN THE UNITED STATES DISTRICT COURT

                 FOR THE EASTERN DISTRICT OF CALIFORNIA


JANE DOE, by and through her     )
Guardian ad Litem, David Sisco;  )   2:13-cv-01145-GEB-CMK
DAVID SISCO; and KATHLEEN        )
WILDER,                          )
                                 )   ORDER
               Plaintiffs,       )
                                 )
          v.                     )
                                 )
WEED UNION ELEMENTARY SCHOOL     )
DISTRICT, LEEANNA RIZZO, ALISA   )
CUMMINGS, COUNTY OF SISKIYOU,    )
and DEPUTY SHERIFF CARL HOUTMAN, )
                                 )
               Defendants.       )
_____)
```

On June 12, 2013, Plaintiffs filed an "Exparte Application for Appointment of Guardian Ad Litem for Plaintiff Jane Doe." (ECF No. 8.) Plaintiffs have not shown justification to use a pseudonym on behalf of the minor plaintiff. (See Order 2 n.2, June 12, 2013, ECF No. 7.) Further, as explained by the undersigned judge's June 12, 2013 Order, which was filed on the pubic docket more than an hour before Plaintiffs filed the instant application, Plaintiffs have not shown a "need for the court to appoint a guardian ad litem" in this case. Croce v. Bromley Corp., 623 F.2d 1084, 1093 (5th Cir. 1980); see Order, ECF No. 7.
///

1    For the stated reasons, Plaintiffs' application (ECF No. 8) is
2 DENIED.
3 Dated:  June 12, 2013

    _____
    GARLAND E. BURRELL, JR.
    Senior United States District Judge