IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, by and through her Guardian ad Litem, David Sisco; DAVID SISCO; and KATHLEEN WILDER,<br><br>        Plaintiffs,<br><br>    v.<br><br>WEED UNION ELEMENTARY SCHOOL DISTRICT, LEEANNA RIZZO, ALISA CUMMINGS, COUNTY OF SISKIYOU, and DEPUTY SHERIFF CARL HOUTMAN,<br><br>        Defendants. | 2:13-cv-01145-GEB-CMK<br><br><u>ORDER</u> |

        On June 12, 2013, Plaintiffs filed an "Exparte Application for Appointment of Guardian Ad Litem for Plaintiff Jane Doe." (ECF No. 8.) Plaintiffs have not shown justification to use a pseudonym on behalf of the minor plaintiff. (<u>See</u> Order 2 n.2, June 12, 2013, ECF No. 7.) Further, as explained by the undersigned judge's June 12, 2013 Order, which was filed on the pubic docket more than an hour before Plaintiffs filed the instant application, Plaintiffs have not shown a "need for the court to appoint a guardian ad litem" in this case. <u>Croce v. Bromley Corp.</u>, 623 F.2d 1084, 1093 (5th Cir. 1980); <u>see</u> Order, ECF No. 7.

///

1   For the stated reasons, Plaintiffs' application (ECF No. 8) is
2  DENIED.
3  Dated:  June 12, 2013
4
5  _____
   GARLAND E. BURRELL, JR.
6  Senior United States District Judge